# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JANINE CHARBONEAU, | § | |
| | § | |
| | § | Civil Action No. 4:17-CV-00142 |
| v. | § | (Judge Mazzant/Judge Johnson) |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., TRENT | § | |
| THOMPSON, DOES 1 THROUGH 10 | § | |
| INCLUSIVE, | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 18, 2017, the report of the Magistrate Judge (Dkt. #3) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Janine Charboneau's case be dismissed for want of prosecution. On April 13, 2017, the Magistrate Judge issued a Notice of Impending Dismissal, cautioning that the Court would recommend that this case be dismissed for want of prosecution if Plaintiff failed to file a status report or otherwise act within thirty (30) days of the date of the Order (Dkt. #2). Plaintiff still has failed to act upon the Order.

The record in this case indicates the Magistrate Judge's report was attempted, but was unable, to be delivered to Plaintiff on May 27, 2017 (Dkt. #4). Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED** for want of prosecution.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 13th day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE